PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**



SOUTHERN DISTRICT OF MISSISSIPPI  
FILED  
APR 03 2018  
ARTHUR JOHNSTON  
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

Willie Jesse Holloway

Crim. No. 2:09CR20 KS-MTP-001

On __02/21/2014__ the above named was placed on probation/supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_Amanda C. Piercy_  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3rd__ day of __April__, __2018__.

_____  
United States District Judge